TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ANNA LINDROOTH
Assistant United States Attorney
South Dakota State Bar No. 5053
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Anna.Lindrooth@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Kℏ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      vs.<br><br>1.  Victor Hugo Martinez-Rodriguez,<br>    (Counts 1-24)<br><br>2.  Crystal Iracemy Cardenas,<br>    (Counts 1-4)<br><br>3.  Sabrina Yvonne Page, and<br>    (Counts 5-7)<br><br>4.  Elvira Sanchez,<br>    (Counts 8-23)<br><br>              Defendants. | No.      CR-26-00228-PHX-SPL (DMF)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 922(a)(6), 924(a)(2),<br>and 2<br>(Material False Statement During the<br>Purchase of a Firearm, Aid and<br>Abet)<br>Counts 1-23<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the<br>Purchase of a Firearm)<br>Count 24<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNTS 1-4

On or about the dates listed below, in the District of Arizona, Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, did knowingly and intentionally aid and abet Defendant, CRYSTAL IRACEMY CARDENAS, in knowingly making a false statement and representation in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the

lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, CRYSTAL IRACEMY CARDENAS, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, CRYSTAL IRACEMY CARDENAS, knew that she was buying the firearm on behalf of Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | 11/29/2023 | Gray Man Industries LLC (Phoenix, AZ) |
| 2 | 12/4/2023 | Clik Clik Bang Firearms (Phoenix, AZ) |
| 3 | 1/5/2024 | Clik Clik Bang Firearms (Phoenix, AZ) |
| 4 | 1/8/2024 | Tombstone Tactical (Phoenix, AZ) |

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS 5-7**

On or about the date listed below, in the District of Arizona, Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, did knowingly and intentionally aid and abet Defendant, SABRINA YVONNE PAGE, in knowingly making a false statement and representation in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, SABRINA YVONNE PAGE, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, SABRINA YVONNE PAGE, knew that she was buying the firearm on behalf of Defendant, VICTOR

HUGO MARTINEZ-RODRIGUEZ:

| Count | Date | Business (FFL) |
|---|---|---|
| 5 | 4/27/2024 | One Stop Firearms LLC (Mesa, AZ) |
| 6 | 4/27/2024 | Firestorm Defense LLC (Fountain Hills, AZ) |
| 7 | 4/27/2024 | SYG Armory (New River, AZ) |

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 8-23

On or about the dates listed below, in the District of Arizona, Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, did knowingly and intentionally aid and abet Defendant ELVIRA SANCHEZ in knowingly making a false statement and representation in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, ELVIRA SANCHEZ, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, ELVIRA SANCHEZ, knew that she was buying the firearm on behalf of Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ:

| Count | Date | Business (FFL) |
|---|---|---|
| 8 | 2/9/2024 | Ammo A-Z/Zeus Arms (Phoenix, AZ) |
| 9 | 2/16/2024 | Tactical Studio LLC (Glendale, AZ) |
| 10 | 2/22/2024 | Tactical Studio LLC (Glendale, AZ) |
| 11 | 2/23/2024 | Ammo A-Z/Zeus Arms (Phoenix, AZ) |
| 12 | 2/24/2024 | Firestorm Defense LLC (Fountain Hills, AZ) |
| 13 | 2/24/2024 | One Stop Firearms LLC (Mesa, AZ) |
| 14 | 3/8/2024 | S2 Armament (Phoenix, AZ) |
| 15 | 3/9/2024 | Ammo A-Z/Zeus Arms (Phoenix, AZ) |

| 16 | 3/9/2024 | Glockmeister Mesa (Mesa, AZ) |
|---|---|---|
| 17 | 3/12/2024 | Glockmeister Mesa (Mesa, AZ) |
| 18 | 3/25/2024 | Ammo A-Z/Zeus Arms (Phoenix, AZ) |
| 19 | 3/26/2024 | American Guns & Ammo LLC (Mesa, AZ) |
| 20 | 3/26/2024 | Glockmeister Mesa (Mesa, AZ) |
| 21 | 4/10/2024 | EVT/Mr Silencer (Mesa, AZ) |
| 22 | 4/27/2024 | Firestorm Defense LLC (Fountain Hills, AZ) |
| 23 | 4/27/2024 | One Stop Firearms LLC (Mesa, AZ) |

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 24

On or about April 27, 2024, in the District of Arizona, Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, knowingly made a false statement and representation in connection with the acquisition of a firearm to Diamondback Armory, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, resided at an address on West Myrtle Avenue, Glendale, Arizona, whereas in truth and fact, Defendant, VICTOR HUGO MARTINEZ-RODRIGUEZ, knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-24 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-24 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in

- 4 -

(a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: March 10, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_s/_
ANNA LINDROOTH
Assistant U.S. Attorney

- 5 -